No. 99–2002. BNL EQUITY CORP., FKA UNITED ARKANSAS CORP., ET AL. *v.* PEARSON ET AL. Sup. Ct. Ark. Certiorari denied.

No. 99–2004. VELASTEGUI ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–2005. HARDAWAY *v.* KANSAS. Ct. App. Kan. Certiorari denied.

No. 99–2006. SKLAR *v.* PENNSYLVANIA DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING. Commw. Ct. Pa. Certiorari denied.

No. 99–2007. GRAY *v.* COLORADO. Ct. App. Colo. Certiorari denied.

No. 99–2009. MARTIN *v.* WALMER ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–2011. SABOFF ET UX. *v.* ST. JOHNS RIVER WATER MANAGEMENT DISTRICT. C. A. 11th Cir. Certiorari denied.

No. 99–2012. A. M. CAPEN'S CO., INC. *v.* AMERICAN TRADING & PRODUCTION CORP. ET AL. C. A. 1st Cir. Certiorari denied.

No. 99–2013. SHARWELL *v.* UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–2014. RAMIREZ *v.* TEXAS. C. A. 5th Cir. Certiorari denied.

No. 99–2015. CAMPBELL ET AL. *v.* DAVIDSON, COLORADO SECRETARY OF STATE AND AS A MEMBER OF THE COLORADO STATE INITIATIVE AND REFERENDUM TITLE BOARD, ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–2016. GONZALEZ *v.* PAGE. C. A. 7th Cir. Certiorari denied.

No. 99–2017. H. P. Y., INC. *v.* PUERTO RICO ET AL. Sup. Ct. P. R. Certiorari denied.